1  Simon Franzini (Cal. Bar No. 287631)
2  simon@dovel.com
   Martin Brenner (Cal. Bar No. 333540)
3  martin@dovel.com
4  DOVEL & LUNER, LLP
   201 Santa Monica Blvd., Suite 600
5  Santa Monica, California 90401
6  Telephone: (310) 656-7066
   Facsimile: (310) 656-7069
7
8  *Attorneys for Plaintiffs*

9

10              **UNITED STATES DISTRICT COURT**
11              **CENTRAL DISTRICT OF CALIFORNIA**

12

13  MARLAYNE BERGER and DARREN          Case No. 5:25-cv-00926-KK-SHKx
    TODD, individually and on behalf of all
14  others similarly situated,
15
            *Plaintiffs*,                **Notice of Voluntary Dismissal re**
16                                       **Plaintiff Marlayne Berger**
17  v.
18
    WW INTERNATIONAL, INC.,
19
            *Defendant*.
20

Plaintiff Marlayne Berger hereby dismisses, without prejudice, her individual claims against Defendant WW International, Inc. *See* Federal Rule of Civil Procedure 41(a)(1)(A)(i).

For the sake of clarity, only Ms. Berger is dismissing her claims; Plaintiff Darren Todd does <u>not</u> dismiss his claims, and intends to continue prosecuting the case on behalf of himself and the proposed class.

Dated: October 22, 2025               Respectfully submitted,

By: */s/ Martin Brenner*
Simon Franzini (Cal. Bar No. 287631)
simon@dovel.com
Martin Brenner (Cal. Bar No. 333540)
martin@dovel.com
DOVEL & LUNER, LLP
201 Santa Monica Blvd., Suite 600
Santa Monica, California 90401
Telephone: (310) 656-7066
Facsimile: (310) 656-7069

*Attorneys for Plaintiffs*